FILED

2014 MAR 17 AM 10: 44

DANIEL M. LAVILLE, CLERK
U.S. BANKRUPTCY COURT
WEST DIST. OF MICH.

United States Bankruptcy Court for the
Western District of Michigan

IN RE: William F Bessemer

Case No. 05-15798

Debtor(s)

## APPLICATION FOR RELEASE OF UNCLAIMED FUNDS

**IT APPEARING THAT** a dividend check in the amount of $250.95 was issued by the trustee to Citibank, N.A., claimant in the above-referenced case.

**IT ALSO APPEARING THAT** said check was not negotiated by said payee and the trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed funds to the Clerk, United States Bankruptcy Court. These funds are currently being held by the United States Treasury.

**IT ALSO APPEARING THAT** this application includes a signed and notarized affidavit of claimant which states that the undersigned is the legal owner of such funds.

**IT ALSO APPEARING THAT** the United States Attorney for the Western District of Michigan has been provided a copy of this application allowing 20 days from the date of service to file an objection to payment of these funds. A proof of service is made part of this application.

**THEREFORE,** an application is made for an order directing the Clerk of Court to pay said unclaimed funds to the order of Citibank, N.A., claimant, and mail said check to the following address:

Citibank, N.A.
388 Greenwich Street, 8th Floor
New York, NY 10013

Dated: 3-6-14

Santo Trombetta   Vice President

Subscribed and Sworn Before Me this 6 day of March, 204

SEAL

Notary Public in and for the State of New York

My commission expires: _____

Page 1 of 2

Louis PISTECCHIA
Notary Public, State of New York
No. 01PI6455181
Qualified in Westchester County
Commission Expires Sept. 30, 2017

FILED

2014 MAR 17 AM 10: 44

DANIEL M. LAVILLE, CLERK
U.S. BANKRUPTCY COURT
WEST. DIST. OF MICH.

### AFFIDAVIT OF CLAIMANT

I, Santo Trombetta, do hereby state that I am the claimant to the unclaimed funds referenced in this application and that I am, to the best of my knowledge, the legal owner of these funds. My mailing address and phone number are:

Citibank, N.A.
388 Greenwich Street, 8th Floor
New York, NY 10013
212-816-4923

Dated: 3-6-14

_____
Santo Trombetta, Vice President

Subscribed and Sworn Before Me this 6 day of March 2014

SEAL

_____
Notary Public In and For the State of

My Commission Expires: _____    New York

LOUIS PISTECCHIA
Notary Public, State of New York
No. 01PI4651181
Qualified in Westchester County
Commission Expires Sept. 30, 2017

### PROOF OF SERVICE OF APPLICATION ON UNITED STATES ATTORNEY

Notice is hereby given that on March 11th 2014 a copy of the Application for Release of Unclaimed Funds with Affidavit was served on the United States Attorney for the Western District of Michigan, P.O. Box 208, Grand Rapids, MI 49501-0208 by United States Mail.

Dated: 3-11-14 (3-11-14)

_____
Harry Hamilton

Page 2 of 2

## CERTIFICATE OF INCUMBENCY

## CITIBANK, N.A.

I, Joseph B. Wollard, Assistant Secretary of Citibank, N.A. ("Association or the Bank"), a national Banking Association organized and existing under the laws of the United States of America with its head office at 701 East 60th Street North, Sioux Falls, South Dakota and its principal place of business at 399 Park Avenue, New York, NY, USA, do hereby certify the following:

> "Execution of Instruments. All agreements, indentures, mortgages, deeds, conveyances, transfers, certificates, declarations, receipts, discharges, releases, satisfactions, settlements, petitions, schedules, accounts, affidavits, bonds, undertakings, proxies and other instruments or documents, may be signed executed, acknowledged, verified, delivered or accepted in behalf of the Association by the Chairman, the Chief Executive Officer, the President, any Vice Chairman, or any Executive Vice President, or the Chairman Credit Policy Committee, or any Senior Vice President, or the Secretary, or the Chief Auditor, or any Vice President, or anyone holding a position equivalent to the foregoing pursuant to provisions of these By-Laws, or, if in connection with the exercise of any of the fiduciary powers of the Association, by any of said officers or by any Senior Trust Officer. Any such instruments may also be executed, acknowledged, verified, delivered or accepted in behalf of the Association in such other manner and by such other officers as the Board of Directors may from time to time direct. The provisions of this Section 2 are supplementary to any other provisions of these By-Laws."

**I FURTHER CERTIFY** that **Santo Trombetta** is a **Vice President** of CITIBANK, N.A.

**IN WITNESS WHEREOF,** I have affixed my signature and the official seal of the Bank on this 28th day of August, 2013.

CITIBANK

_J. B. Wollard_
Joseph B. Wollard