United States Bankruptcy Court for the
Western District of Michigan

IN RE: William F Bessemer

Case No. 05-15798

Debtor(s)

ORDER FOR RELEASE OF UNCLAIMED FUNDS

IT APPEARING THAT the amount of $250.95 constituting unclaimed funds due to Citibank, N.A., claimant in the above-referenced case, are on deposit with the United States Treasury.

IS ALSO APPEARING THAT Citibank, N.A., claimant, has furnished the required documentation for release of unclaimed funds and has complied with the provisions of 28 U.S.C. Section 2042.

THEREFORE, IT IS HEREBY ORDERED THAT the Clerk of Court shall pay the unclaimed
funds in the amount of $250.95 to the order of Citibank, N.A., claimant, and mail the check to:

Citibank, N.A.
388 Greenwich Street, 8th Floor
New York, NY 10013

APR 15 2014

Dated: _____

_____
United States Bankruptcy Judge